UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JEAN W. DRAGNA | * | CIVIL ACTION |
| VERSUS | * | NO: |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | * | |
| | * | JUDGE: |
| | * | MAG. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

**NOW INTO COURT** through undersigned counsel, comes Claimant, Jean W. Dragna, a competent person of the full age of majority and domiciled in the Parish of Jefferson, State of Louisiana who represents as follows:

I.

Made defendant herein is LIFE INSURANCE COMPANY OF NORTH AMERICA a foreign insurance corporation, domiciled in the State of Pennsylvania, authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

II.

Venue is proper in the Eastern District of Louisiana as Complainant is domiciled in Jefferson Parish, Louisiana and the Plan holder, Jefferson Parish School Board is domiciled in Jefferson Parish, Louisiana

III.

Jurisdiction is proper as this case arises under application of federal law (ERISA) and diversity of citizenship between a Louisiana citizen and a foreign insurance corporation.

IV.

At all times pertinent herein Claimant was a participant in a long-term disability plan ("Plan") while employed by the Jefferson Parish School Board. That the Jefferson Parish School Board was the Plan holder and said Plan was underwritten by defendant herein LIFE INSURANCE COMPANY OF NORTH AMERICA.

V.

After an initial rejection for long-term disability benefits and appeal to LIFE INSURANCE COMPANY OF NORTH AMERICA, long-term disability benefits were paid through August 6, 2014.

VI.

That Complainant presently suffers from severe degenerative disc disease with sciatica, central spinal canal stenosis with degenerative foraminal narrowing of the spine subsequent to a decompressive lumbar laminectomy at L1, L2 and L3. Additionally Complainant suffers from osteoarthritis and loss of cartilage in both knees

necessitating the use of a walker to ambulate. As a result of these conditions Complainant is in severe, debilitating, chronic physical pain for which she is prescribed narcotic pain medication which interfere with her performing routine functions of daily living and employment.

VII.

Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA has identified jobs that it alleges that Complainant is capable of performing and is able to earn 80% or more of her Indexed Earnings. Complainant represents that said jobs either don't exist in Complainant's community and/or would not allow Claimant to earn more than 80% or more of her Indexed Earnings.

VIII.

Claimant represents that subsequent to August 6, 2014, as a result of the disabilities described above, she is physically unable to perform the material duties of any occupation for which she is or may reasonably become qualified based on education, training or experience and she is unable to earn more than 80% or more of her Indexed Earnings and therefore entitled to continued long-term disability benefits in accordance with the Plan

VIX.

Claimant has exhausted her internal appeals with LIFE INSURANCE COMPANY OF NORTH AMERICA.

WHEREFORE, Complainant prays that this Complaint be filed, that the defendant LIFE INSURANCE COMPANY OF NORTH AMERICA be served with a certified copy of this Complaint, that defendant LIFE INSURANCE COMPANY OF NORTH AMERICA be cited to appear herein and answer same, that after all legal delays and due proceeding had there be judgment rendered in favor of Complainant, JEAN W. DRAGNA and against defendant LIFE INSURANCE COMPANY OF NORTH AMERICA awarding her long-term disability benefits subsequent to August 6, 2014 and all other just and equitable relief to which Complainant may be entitled.

Respectfully submitted,

/s/ Steven M. Lozes
STEVEN M. LOZES (#8922) T.A.
Lozes & Lozes
410 South Rampart Street, 2nd Floor
New Orleans, Louisiana 70112
Telephone: 504.581.4455
Facsimile: 504.581.4458
Email: stevelozes@bellsouth.net

And

/s/ Robert M. Braiwick, Jr.
ROBERT M. BRAIWICK, JR. (#03387)
Attorney at Law
4930 Rye Street
Metairie, LA 70006
Telephone: 504.342.4288
Facsimile: 504.210.0529
Email: rbraiwick@gmail.com

COUNSEL FOR CLAIMANT,
JEAN W. DRAGNA

**PLEASE SERVE:**

LIFE INSURANCE COMPANY OF NORTH AMERICA
Through the Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809